## W. A. JENNINGS v. STATE.
### No. 16572.

Court of Criminal Appeals of Texas.

Jan. 17, 1934.

Tom Seay and C. L. King, both of Amarillo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The unlawful possession of intoxicating liquor for the purpose of sale is the offense; penalty assessed at confinement in the penitentiary for one year.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## J. F. McKINNEY v. STATE.
### No. 16374.

Court of Criminal Appeals of Texas.

Jan. 10, 1934.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The unlawful transportation of intoxicating liquor is the offense; penalty assessed at confinement in the penitentiary for one year.

The indictment seems regular and properly presented. It is sufficient to charge the offense. The evidence heard upon the trial is not before this court. Nothing has been pointed out or discovered that would warrant interference with the judgment and sentence.

The judgment is affirmed.

## Que R. MILLER v. STATE.
### No. 16342.

Court of Criminal Appeals of Texas.

Jan. 24, 1934.

See, also, 53 S.W.(2d) 790, 792.

Marshall & Perkins, of Quanah, and Storey, Storey & Donaghey, of Vernon, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Misapplication of public funds is the offense; penalty assessed at confinement in the penitentiary for seven years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Elmo MURCHISON v. STATE.
### No. 16417.

Court of Criminal Appeals of Texas.

Jan. 10, 1934.

Nat Patton, of Crockett, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Unlawfully transporting intoxicating liquor is the offense; penalty assessed at confinement in the penitentiary for one year.

The proceedings appear regular. The evidence heard upon the trial is not before this court for review.

Perceiving no error justifying reversal, an affirmance is ordered.

## Elmo MURCHISON v. STATE.
### No. 16416.

Court of Criminal Appeals of Texas.

Jan. 10, 1934.

Nat Patton, of Crockett, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for transporting intoxicating liquor; punishment, one year in the penitentiary.

The record is here without statement of facts or bills of exception. All matters of procedure appear to be regular.

The judgment will be affirmed.